**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN LEON CASTILLO,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 5:26-cv-05639-MWC-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party filed objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the Petition;

(2) a writ of habeas corpus be issued requiring Petitioner Adrian Leon Castillo's (A# 095-631-257) immediate release subject to the same conditions of supervision that were in place before his July 28, 2026, detention, and prohibiting his re-detention unless Respondents first

provide notice and a hearing where Respondents must show material changed circumstances justifying Petitioner's detention; and

(3) Respondents are required to file a status report within three (3) days confirming that Petitioner has been released from Respondents' custody consistent with this order.

Dated: October 5, 2026

HON. MICHELLE WILLIAMS COURT
SENIOR U.S. DISTRICT JUDGE