# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ADRIAN LEON CASTILLO,
Petitioner,
v.
TODD BLANCHE, et al.,
Respondent.

Case No. 5:26-cv-05639-MWC-MBK

JUDGMENT

JS-6

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

DATE: October 5, 2026

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE